**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FBI WIND DOWN, INC. (f/ka Furniture | : | |
| Brands Int'l., Inc.) et al., | : | |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| HERITAGE HOME GROUP, LLC, et al., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 16-834-SLR |
| | : | Bankruptcy Case No. 13-12329 (CSS) |
| FBI WIND DOWN, INC. LIQUIDATING | : | Bankruptcy ADV No. 15-51899 |
| TRUST, | : | BAP No. 16-46 |
| | : | |
| Appellee. | : | |

**<u>RECOMMENDATION</u>**

At Wilmington this **31st** day of **October, 2016**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on October 15, 2016 for an initial review and discussion with counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  The parties have advised there will be no objections filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

In addition, the parties request the following brief schedule be entered for the appeal:

Opening Brief                              December 7, 2016

Answering Brief                           January 20, 2017

Reply Brief                                   February 10, 2017


Local counsel are obligated to inform out-of-state counsel of this Order.


/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge

2