IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FBI WIND DOWN, INC. (f/k/a Furniture, | ) | Bk. No. 13-12329 (CSS) |
| Brands International, Inc.), et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| HERITAGE HOME GROUP, LLC, et al., | ) | |
| | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civ. No. 16-834-SLR |
| | ) | |
| FBI WIND DOWN INC. LIQUIDATING | ) | |
| TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER**

At Wilmington this 3rd day of November, 2016, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **December 7, 2016.**

2. Appellee's brief in opposition to the appeal is due on or before **January 20, 2017.**

3. Appellants' reply brief is due on or before **February 10, 2017.**

_____
United States District Judge